Essie Jeanette Delaney MANNS, Plaintiff–Appellant,

v.

Togo D. WEST, Jr., Secretary of Veterans Affairs; United States Department of Veterans Affairs, Defendants– Appellees.

No. 00–2481.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 8, 2001.

Decided Feb. 13, 2001.

Essie Jeanette Delaney Manns, pro se. Julie C. Dudley, Assistant United States Attorney, Roanoke, VA, for appellees.

Before WILKINS, DIANA GRIBBON MOTZ, and TRAXLER, Circuit Judges.

PER CURIAM.

Essie Jeanette Delaney Manns appeals the district court's order dismissing her

civil action alleging employment discrimination. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Manns v. West*, No. CA–99–685 (W.D.Va. Oct. 24, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*